**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 12090 |
| Candace Sofiya Beverly, | ) | HON.  A. Benjamin Goldgar |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on November 27, 2018, at 9:30 a.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on November 2, 2018.

/s/ *Brenda Likavec*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

```
Label Matrix for local noticing        U.S. Bankruptcy Court                 Chaney, Angel
0752-1                                 Eastern Division                      605 E 71st St.
Case 18-12090                          219 S Dearborn                        Chicago IL 60619
Northern District of Illinois          7th Floor                             KEYNOTE CONS
Chicago                                Chicago, IL 60604-1702                1501 West Dundee
Fri Nov  2 10:25:47 CDT 2018                                                 Buffalo Grove Illinois 60089-4006

Chase                                  Chase Card Services                   Chicago State University
3780 Old Norcross Rd                   201 North Walnut Street               9501 S King Dr
Duluth Georgia 30096-1742              Attn: Mark Pascale                    Chicago IL 60628-1598
                                       Mail Stop DE-1-1406
                                       Wilmington DE 19801-2920

City of Chicago                        City of Chicago - Parking             City of Chicago Department of Finance
Department of Revenue                  Department of Revenue                 c/o Arnold Scott Harris P.C.
Bureau of Parking Bankruptcy           PO Box 88292                          111 W Jackson Blvd Ste 600
121 N LaSalle St Room 107A             Chicago Illinois 60680-1292           Chicago, IL 60604-3517
Chicago IL 60602-1232

Commonwealth Edison Co                 Commonwealth Edison Company           Comptroller State of Illinois
3 Lincoln Center                       Attn: Bankruptcy Department           PO Box 21937
Attn: Bankruptcy  Section              1919 Swift Drive                      Chicago IL 60621-0937
Oak Brook Terrace IL 60181-4204        Oakbrook Terrace, IL 60523-1502

Cook County Clerk                      DEPT OF EDUCATION/NELN                Department of the Treasury
118 N Clark St                         121 S 13TH ST                         Internal Revenue Service
Fl 4                                   LINCOLN Nebraska 68508-1904           P.O. Box 7346
Chicago Illinois 60602-1413                                                  Philadelphia PA 19101-7346

HARVARD COLLECTION SER                 KEYNOTE CONS                          Navient
4839 ELSTON AVE                        1501 West Dundee                      PO Box 9640
CHICAGO Illinois 60630-2589            Buffalo Grove Illinois 60089-4006     Wilkes Barre Pennsylvania 18773-9640

Navient Solutions, LLC. on behalf of   Pullman Wheelworks                    State Collection Inc.
United Student Aid Funds, Inc.         901 E 104th St                        628 North St
GLHEC and Affiliates                   Chicago Illinois 60628-3093           Geneva Illinois 60134-1356
PO BOX 8961
Madison, WI 53708-8961

U.S. Department of Education C/O Nelnet   Angelica Harb                      Brenda Ann Likavec
121 South 13th Street, Suite 201          The Semrad Law Firm, LLC           The Semrad Law Firm, LLC
Lincoln, NE 68508-1911                    20 S. Clark Street, 28th Floor     20 S Clark
                                          Chicago, IL 60603-1811             28th Floor
                                                                             Chicago, IL 60603-1811

Brittney Mansfield                     Candace Sofiya Beverly                Marilyn O Marshall
The Semrad Law Firm, LLC               10155 S State Street                  224 South Michigan Ste 800
20 S Clark St.                         Suite 111                             Chicago, IL 60604-2503
28th Floor                             Chicago, IL 60628-2044
Chicago, IL 60603-1811

Patrick S Layng                        End of Label Matrix
Office of the U.S. Trustee, Region 11  Mailable recipients    27
219 S Dearborn St                      Bypassed recipients     0
Room 873                               Total                  27
Chicago, IL 60604-2027
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                )
                                      )    CASE NO. 18 B 12090
Candace Sofiya Beverly,               )    HON.  A. Benjamin Goldgar
                                      )    CHAPTER 13
DEBTOR.                               )

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Candace Sofiya Beverly, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On April 25, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On September 11, 2018, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The proposed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $200.00 monthly for 36 months.

5. Debtor has recently relocated and is out of work and needs time to find a new job.

6. Debtor wants to suspend payments for October, November and December to catch up while she gets settled.

7. Debtor respectfully requests this Honorable Court suspends payments for October 2018, November 2018 and December 2018 and for payments to resume January 2019.

8. Debtor further requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

9. Debtor is in a position to proceed with the instant case.

10. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order to suspend payments for October 2018, November 2018 and December 2018 and for payments to resume January 2019; and

B. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Brenda Likavec*
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625